IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
CIVIL ACTION NO. 2:09-cv-57-FL

| | |
|---|---|
| MCKESSON SPECIALTY CARE DISTRIBUTION JOINT VENTURE, L.P., ) ) ) Plaintiff, ) ) v. ) ) OUTER BANKS HEMATOLOGY-ONCOLOGY, ) P.A. and JOSE ACOSTAMADIEDO, ) ) Defendants. ) ) | **ORDER SEALING AFFIDAVIT OF DAVID CORCORAN** |

Upon motion of Plaintiff McKesson Specialty Care Distribution Joint Venture, L.P. ("McKesson"), and for good cause shown, the Court hereby grants McKesson's Motion to Seal the Affidavit of David Corcoran and all exhibits thereto (Dkt. # 32).

This, the 21st day of January, 2011.

_____
LOUISE W. FLANAGAN\
Chief U.S. District Judge