UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| McKESSON SPECIALTY CARE DISTRIBUTION JOINT VENTURE, L.P., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) ) ) | **JUDGMENT**  No. 2:09-CV-57-FL |
| OUTER BANKS HEMATOLOGY-ONCOLOGY, P.A. and JOSE ACOSTAMADIEDO, | ) ) ) ) ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of the plaintiff's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 24, 2011, and for the reasons set forth more specifically therein, that plaintiff's motion for summary judgment is granted. Plaintiff is awarded the sum of $518,938.71. Defendants are jointly and severally liable for $393,864.53 of this sum. Defendant Outer Banks Hematology-Oncology, P.A. is solely liable for $125,074.18 of this sum. Interest shall accrue as of February 25, 2011 in the amount provided for by 28 U.S.C. § 1961(a).

**This Judgment Filed and Entered on February 25, 2011, and Copies To:**

Andrew Tripp (via CM/ECF Notice of Electronic Filing)
Eric M. David (via CM/ECF Notice of Electronic Filing)
C. Everett Thompson, II (via CM/ECF Notice of Electronic Filing)

February 25, 2011         DENNIS P. IAVARONE, CLERK
                          /s/ Christa N. Baker
                          (By) Christa N. Baker, Deputy Clerk